

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00155-CV

**CRYSTAL PARADISE DYNASTY, LLP,**

                                                        **Appellant**

 **v.**

**BARNETT GATHERING, LP,**

                                                        **Appellee**


### From the 220th District Court
### Bosque County, Texas
### Trial Court No. 07-09-23407 BCCV


## MEMORANDUM  OPINION


Crystal Paradise Dynasty, LLP sought to appeal an adverse judgment rendered against it in a condemnation proceeding.  The appeal was referred to mediation.  After the date set for mediation had passed, the Court received a letter dated November 17, 2010 from the mediator informing the Court that the case had been successfully mediated and that closing documents would be prepared and submitted to the Court in a timely manner.  When no further information was received, the Clerk of this Court, in a letter dated December 27, 2010, notified Crystal Paradise Dynasty, LLP that they must provide the Court with a motion to dismiss or other document addressing the proper

disposition of the appeal within 14 days from the date of the letter. The Clerk also warned Crystal Paradise Dynasty, LLP that if the Court did not timely receive a motion to dismiss the appeal or other document addressing the proper disposition of the appeal, the appeal would be dismissed for want of prosecution.

More than 14 days have passed, and we have not received a motion to dismiss the appeal or other document addressing the proper disposition of the appeal.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3(b).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 26, 2011
[CV06]